IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND WHITE                                                    PLAINTIFF

v.                          No. 4:12-cv-698-DPM

FRANKLIN ELECTRIC CO. INC.                                       DEFENDANT

JUDGMENT

White's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 February 2014